# NO. 12-08-00268-CR
# NO. 12-08-00269-CR
# NO. 12-08-00270-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *WINDELL ROBINSON,*<br>*APPELLANT* | § | *APPEALS FROM THE 173RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *HENDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

On May 20, 2008, Appellant, acting pro se, filed a "Motion Request for Transcripts and an Appeal of Habeas Corpus" identifying three trial court cause numbers in which he sought to appeal "the court[']s verbal denial of Habeas Corpus. . . ." Upon receipt of Appellant's motion, the clerk of this court docketed these three appeals in compliance with Texas Rule of Appellate Procedure 12. On July 22, 2008, we received a supplemental clerk's record in each appeal containing a "Motion of Abandonment" filed by Appellant in which he states that he "want[s] to enter a plea of abandonment of his appeal [in the three previously referenced trial court cause numbers.] All of the charges were dropped to misdemeanors class A with [prejudice]."

No decision having been delivered by this court, the motion is granted, and the appeals are *dismissed* in accordance with Texas Rule of Appellate Procedure 42.2.

Opinion delivered July 23, 2008.

*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)